Jeanne L. Zimmer (SBN 123321)
Zimmerj@cmtlaw.com
Tamar Gabriel (SBN: 266860)
gabrielt@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
*CREDIT ONE BANK, N.A.*

**IT IS SO ORDERED**
*Judge Edward J. Davila*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD OLSEN,** <br><br>             **Plaintiff,** <br><br> vs. <br><br> **EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; CAPITAL ONE, NATIONAL ASSOCIATION; CARRINGTON MORTGAGE SERVICE, LLC; CREDIT ONE BANK, NATIONAL ASSOCIATION, and DOES 1 THROUGH 100 INCLUSIVE,** <br><br>             **Defendants.** | CASE NO. 5:15-cv-04271-EJD <br><br> **NOTICE OF SETTLEMENT** |

**THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that a settlement has been reached between Plaintiff RONALD OLSEN and Defendant CREDIT ONE BANK, N.A. in this matter.

In light of the settlement, the parties request that the Court take off calendar all future hearing dates regarding CREDIT ONE BANK, N.A. in this case.

1 | Date:  February 23, 2016          **CARLSON & MESSER LLP**

By: /s/Tamar Gabriel
       Jeanne L. Zimmer
       Tamar Gabriel

*Attorneys for Defendant,*
*Credit One Bank, N.A.*

IT IS SO ORDERED

The Motion to Dismiss (Docket ITem No. 34) by defendant Credit One Bank is terminated and the hearing date is vacated.

DATED: 2/29/2016

_____
United States District Judge